**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Palmer, Darnell C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-5410** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State<br>**8153 S. Elizabeth**<br>**Chicago, IL**<br>ZIPCODE **60620** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☑ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.) State type of entity: _____

**Nature of Business** (Check all applicable boxes)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7    ☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9    ☐ Chapter 12
- ☑ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business    ☐ Business

**Filing Fee** (Check one box)
- ☑ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (10/05)**           **FORM B1,** Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Darnell C. Palmer** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
|---|---|
| ☐ Exhibit A is attached and made a part of this petition. | X /s/Karen J. Porter      4/14/2007<br>Signature of Attorney for Debtor(s)      Date<br>**Karen J. Porter**      6188626 |

| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**<br>☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances (Must attach certification describing.) |
|---|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of this petition.

(Official Form 1) (10/05)             **FORM B1,** Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Darnell C. Palmer** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition]- I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/Karen J. Porter/ Darnell C. Palmer**
   Signature of Debtor   **Darnell C. Palmer**

X **Not Applicable**
   Signature of Joint Debtor

   Telephone Number (If not represented by attorney)

**4/14/2007**
   Date

### Signature of Attorney

X **/s/Karen J. Porter**
   Signature of Attorney for Debtor(s)

**Karen J. Porter, 6188626**
Printed Name of Attorney for Debtor(s) / Bar No.

**Law Offices of Karen J. Porter, Ltd.**
Firm Name

**11 East Adams Street, Suite 906 Chicago IL, 60603**
Address

**(312) 673-0333**          **(312) 673-0334**
Telephone Number

**4/14/2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative of a Recognized Foreign Proceeding

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: I) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) 1 prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.§110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Address

X **Not Applicable**
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Karen J. Porter   6188626**
**Law Offices of Karen J. Porter, Ltd.**
**11 East Adams Street,  Suite  906**
**Chicago IL, 60603**

**(312) 673-0333**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re:
Debtor:  **Darnell C. Palmer**
Social Security Number:  **xxx-xx-5410**

Case No:

Chapter  **13**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **Metlife Auto & Home**<br>P.O. Box 41753<br>Philadelphia  PA  19101-1753 | **Unsecured Claims** | $  609.75 |
| 2. **Academy Collection Service,Inc**<br>10965 Decatur Road<br>Philadelphia  PA  19154-3210 | **Unsecured Claims** | $ 18,993.82 |
| 3. **Advocate Illinois Medical Center**<br>836 West Wellington<br>Chicago, Il 60657 | **Unsecured Claims** | $  934.40 |
| 4. **American General Finance**<br>Crestwood Center<br>13608 Cicero Avenue  Suite C<br>Crestwood, IL 60445-1937 | **Unsecured Claims** | $  770.00 |
| 5. **American Home Mortgage**<br>c/o  Codilis & Associates<br>15W030 North Frontage Road<br>Burr Ridge, IL 60527 | **Unsecured Claims** | $ 37,892.66 |

In re:   **Darnell C. Palmer**                                                        Case No. _____

| # | Creditor | Claim Type | Amount |
|---|---|---|---|
| 6. | **American Home Mortgage Servicing**<br>P.O. Box 631730<br>Irving, TX 75063-1730 | Secured Claims | $ 76,000.00 |
| 7. | **Citimortgage**<br>P.O. Box 183040<br>Columbus  OH 43218-3040 | Secured Claims | $ 95,000.00 |
| 8. | **City of Chicago**<br>c/o Wexler & Wexler, LLC<br>500 West Madison<br>Chicago, IL 60661-2587 | Unsecured Claims | $ 10,438.54 |
| 9. | **City of Chicago**<br>Corporation Counsel Mara S. Georges<br>30 North LaSalle  Suite 700<br>Chicago, IL 60602 | Secured Claims | $     0.00 |
| 10. | **City of Chicago Water Department**<br>333 South State Street, LL10<br>Chicago, IL 60604 | Unsecured Claims | $   974.88 |
| 11. | **City of Chicago Water Department**<br>333 South State Street, LL10<br>Chicago, IL 60604 | Unsecured Claims | $   155.30 |
| 12. | **Cook County Collector**<br>118 North Clark, 4th Floor<br>Chicago, IL 60602 | Secured Claims | $   883.10 |
| 13. | **Delaware Bank**<br>190 East Delaware<br>Chicago, IL 60611 | Secured Claims | $ 9,000.00 |
| 14. | **Equinox**<br>2720 S. River Rd, Suite 4<br>Des Plaines Il  60018 | Unsecured Claims | $   285.94 |

Numbered Listing of Creditors - Page 2

In re: **Darnell C. Palmer**         Case No. _____

| # | Creditor | Claim Type | Amount |
|---|---|---|---|
| 15. | **Erick Island**<br>2104 N. St Louis<br>Chicago, Il 60647 | Unsecured Claims | $ 1,200.00 |
| 16. | **Fifth Third Bank**<br>5050 Kingsley 1MOC2J<br>Cincinnati, Ohio 45263 | Secured Claims | $ 20,000.00 |
| 17. | **First Revenue Assurance**<br>P.O. Box 3020<br>Albuquerque, NM 87110 | Unsecured Claims | $ 492.23 |
| 18. | **Illinois Department of Revenue**<br>100 West Randolph Street<br>13th Floor<br>Chicago, IL 60601 | Priority Claims | $ 978.00 |
| 19. | **Internal Revenue Service**<br>230 South Dearborn<br>Rm 2780<br>Chicago, IL 60604 | Priority Claims | $ 2,859.00 |
| 20. | **Jim's Tree Service**<br>c/o James M. Murray<br>11 East Miner Street<br>Arlington Heights, Illinois 60004 | Unsecured Claims | $ 475.00 |
| 21. | **Medical Recovery Specialist**<br>2250 East Devon Avenue<br>Suite 352<br>Des Plaines, Il 60018 | Unsecured Claims | $ 0.00 |
| 22. | **Mortgage Electronic Registration Systems**<br>c/o Kluever & Platt, LLC<br>65 East Wacker Place, Suite 3200<br>Chicago, Il 60601 | Unsecured Claims | $ 0.00 |
| 23. | **National Action Financial Services**<br>P.O. Box 9027<br>Williamsville, NY 14231-9027 | Unsecured Claims | $ 11,887.37 |

In re:  **Darnell C. Palmer**                                                                                  Case No. _____

| | | | |
|---|---|---|---|
| 24. | **National Action Financial Services, Inc.**<br>P.O. Box 9027<br>Williamsville NY 14231-9027 | Unsecured Claims | $ 11,887.37 |
| 25. | **NCO Financial Systems, Inc.**<br>507 Prudential Road<br>Horsham  PA  19044 | Unsecured Claims | $ 21,172.68 |
| 26. | **Northwestern Memorial Hospital**<br>P.O. Box 73690<br>Chicago, IL 60673 | Unsecured Claims | $     0.00 |
| 27. | **Pentagroup Financial, LLC**<br>5959 Corporate Drive<br>Suite 1400<br>Houston, Texas 77036 | Unsecured Claims | $ 14,857.79 |
| 28. | **Peoples Energy**<br>130 Randolph Drive<br>Chicago, IL  60601 | Unsecured Claims | $  1,732.17 |
| 29. | **PHM Financial Incorporated**<br>7241 South Fulton<br>Centennial, Co 80112 | Unsecured Claims | $     0.00 |
| 30. | **Quest Diagnostics**<br>P.O. Box 64808<br>Baltimore, MD 21264 | Unsecured Claims | $  1,000.00 |
| 31. | **Redline Recovery Services**<br>2350 North Forest Road, suite 31B<br>Getzville, NY 14068-1296 | Unsecured Claims | $ 13,620.57 |
| 32. | **Sam Howard**<br>c/o Judd M. Harris & Associates<br>123 West Madison, Suite 1800<br>Chicago, Il 60602 | Unsecured Claims | $  5,000.00 |

In re:   **Darnell C. Palmer**                                                                                    Case No. _____

| # | Creditor | Claim Type | Amount |
|---|---|---|---|
| 33. | **Select Portfolio Servicing**<br>P.O. Box 551170<br>Jacksonville FL 32255-1170 | Secured Claims | $ 25,000.00 |
| 34. | **Select Portfolio Servicing**<br>P.O. Box 65250<br>Salt Lake City, UT 84115-4412 | Unsecured Claims | $ 25,000.00 |
| 35. | **Smith Rothchild**<br>221 N. LaSalle Street, Suite 1850<br>Chicago, Il 60601 | Unsecured Claims | $ 0.00 |
| 36. | **Trustmark Recovery Services**<br>541 Otis Bowen Drive<br>Munster IN 46321 | Unsecured Claims | $ 401.00 |
| 37. | **Vonna Moss**<br>8020 S. Honore<br>Chicago, Il 60620 | Unsecured Claims | $ 5,000.00 |
| 38. | **Wellington Radiology Group**<br>SC/IMR<br>9410 Compubill Drive<br>Orland Parkm Il 60462 | Unsecured Claims | $ 35.20 |
| 39. | **Wells Fargo Home Mortgage**<br>P.O. Box 5296<br>Carol Stream IL 60197 | Secured Claims | $ 125,000.00 |

In re:  **Darnell C. Palmer**  Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Darnell C. Palmer** , named as debtor in this case, declare under penalty of perjury that I have have read the foregoing Numbered Listing of Creditors, consisting of **5 sheets** (not including this declaration), and that it is true to the best of my information and belief.

Signature:  **s/Karen J. Porter/ Darnell C. Palmer**
            **Darnell C. Palmer**

Dated:  **4/14/2007**

Form B 21 Official Form 21 (12/03)

# Form 21.  STATEMENT OF SOCIAL SECURITY NUMBER

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  
**Darnell C. Palmer**, Debtor

Address  
**8153 S. Elizabeth**  
**Chicago, IL 60620**

Case No.  

Chapter  **13**

Employer's Tax Identification (EIN) No(s). [if any]:

Last four digits of Social Security No(s).: [if any]  
**xxx-xx-5410**

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle): **Palmer, Darnell, C.**

   *(Check the appropriate box and, if applicable, provide the required information.)*

   ☑ Debtor has a Social Security Number and it is : __356__ - __60__ - __5410__
   
   (if more than one, state all. )
   
   ☐ Debtor does not have a Social Security Number.

2. Name of Joint Debtor (enter Last, First, Middle):

   *(Check the appropriate box and, if applicable, provide the required information.)*

   ☐ Joint Debtor has a Social Security Number and it is : _____ - _____ - _____
   
   (if more than one, state all. )
   
   ☐ Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

X **s/Karen J. Porter/ Darnell C. Palmer**      **4/14/2007**
   Signature of Debtor                           Date

---

*Joint debtors must provide information for both spouses.*  
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re: **Darnell C. Palmer**

Debtor

Case No. _____

Chapter **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **4,274.00** |
   | Prior to the filing of this statement I have received | $ **1,274.00** |
   | Balance Due | $ **3,000.00** |

2. The source of compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
   **Filing fee has been paid**
   **The final compensation will be the amount awarded by the court after the presentation of fee applications**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
   **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **4/14/2007**

/s/Karen J. Porter
**Karen J. Porter, Bar No.  6188626**

**Law Offices of Karen J. Porter, Ltd.**
Attorney for Debtor(s)