## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Palmer, Darnell C

Printed: 11/25/08

Case Number:  07 B 06762

Judge:  Wedoff, Eugene R

Filed:  4/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  September 18, 2008

Confirmed:  September 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 20,592.45 |  |
| Secured: |  | 11,434.72 |
| Unsecured: |  | 0.00 |
| Priority: |  | 3,860.91 |
| Administrative: |  | 1,750.00 |
| Trustee Fee: |  | 1,050.71 |
| Other Funds: |  | 2,496.11 |
| Totals: | 20,592.45 | 20,592.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Karen J Porter | Administrative | 1,750.00 | 1,750.00 |
| 2. | Delaware Bank | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 6. | Sam Howard | Secured | 6,253.00 | 3,450.10 |
| 7. | Fifth Third Bank | Secured | 22,259.57 | 6,629.95 |
| 8. | American General Finance | Secured | 1,354.67 | 1,354.67 |
| 9. | Illinois Dept of Revenue | Priority | 978.00 | 978.00 |
| 10. | Internal Revenue Service | Priority | 2,882.91 | 2,882.91 |
| 11. | Portfolio Recovery Associates | Unsecured | 8,023.21 | 0.00 |
| 12. | B-Real LLC | Unsecured | 6,419.18 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 8,389.23 | 0.00 |
| 14. | City Of Chicago | Unsecured | 5,855.43 | 0.00 |
| 15. | Vonna Moss | Unsecured | 2,700.00 | 0.00 |
| 16. | Fifth Third Bank | Unsecured | 0.01 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 12,033.98 | 0.00 |
| 18. | Sallie Mae | Unsecured | 966.24 | 0.00 |
| 19. | Wells Fargo Home Mortgage | Secured |  | No Claim Filed |
| 20. | Cook County Treasurer | Secured |  | No Claim Filed |
| 21. | CitiFinancial Auto Credit Inc | Unsecured |  | No Claim Filed |
| 22. | American Medical Collection | Unsecured |  | No Claim Filed |
| 23. | American Home Mortgage Servicing | Unsecured |  | No Claim Filed |
| 24. | City Of Chicago | Unsecured |  | No Claim Filed |
| 25. | City Of Chicago | Unsecured |  | No Claim Filed |
| 26. | First Revenue Assurance | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Palmer, Darnell C

Printed: 11/25/08

Case Number:  07 B 06762
Judge:  Wedoff, Eugene R
Filed:  4/14/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Jim's Tree Service | Unsecured | | No Claim Filed |
| 28. | Mortgage Electronic Registration Sys | Unsecured | | No Claim Filed |
| 29. | Metlife | Unsecured | | No Claim Filed |
| 30. | Equinox International | Unsecured | | No Claim Filed |
| 31. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 32. | Advocate Illinois Masonic | Unsecured | | No Claim Filed |
| 33. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 34. | Redline Recovery Services | Unsecured | | No Claim Filed |
| 35. | Redline Recovery Services | Unsecured | | No Claim Filed |
| 36. | Select Portfolio Servicing | Unsecured | | No Claim Filed |
| 37. | Select Portfolio Servicing | Unsecured | | No Claim Filed |
| 38. | Smith Rothchild Financial Co | Unsecured | | No Claim Filed |
| 39. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 40. | Trustmark Insurance Co | Unsecured | | No Claim Filed |
| 41. | Valentine & Kebartas Inc | Unsecured | | No Claim Filed |
| 42. | Erick Island | Unsecured | | No Claim Filed |
| 43. | Wellington Radiology | Unsecured | | No Claim Filed |
| 44. | National Action Financial Services | Unsecured | | No Claim Filed |
| | | | $ 79,865.43 | $ 17,045.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 616.48 |
| 6.5% | 434.23 |
| | $ 1,050.71 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

